UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ELIZABETH G. DUNCAN,                              CIVIL NO. 11-555 (MJD/JSM)

      Duncan,                                           ORDER

v.

MICHAEL J. ASTRUE
Commissioner of Social Security,

      Defendant.

The above matter came on before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, dated February 13, 2012.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, upon all the files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Summary Judgment or, in the Alternative for Remand [Docket No. 6] is hereby **DENIED**; and

2. Defendant's Motion for Summary Judgment [Docket No. 13] is hereby **GRANTED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: March 7, 2012                              s/Michael J. Davis
                                                  Michael J. Davis
                                                  Chief Judge
                                                  United States District Court